| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/31/2020 |

---------------------------------------------------------------------X
:
PAMELA WILLIAMS, on behalf of himself and all :
others similarly situated, :
:
                            Plaintiff, :        20-cv-4397 (LJL)
:
       -v- :        ORDER
:
CARVE DESIGNS, INC., :
:
                          Defendant. :
X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

     The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

     SO ORDERED.

Dated: July 31, 2020                                        _____
      New York, New York                           LEWIS J. LIMAN
                                                        United States District Judge